**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 21-1875**

───────────

KANGHUA CAI,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted:  September 21, 2022                    Decided:  June 9, 2023

───────────

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and KEENAN, Senior Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

**ON BRIEF:** Thomas V. Massucci, LAW OFFICE OF THOMAS V. MASSUCCI, New York, New York, for Petitioner. Brian Boynton, Acting Assistant Attorney General, M. Jocelyn Lopez Wright, Senior Litigation Counsel, Giovanni B. Di Maggio, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kanghua Cai, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's decision denying his applications for asylum and withholding of removal and finding that he filed a frivolous asylum application. We have thoroughly reviewed the record and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Cai* (B.I.A. July 28, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
